IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN WRIGHT,**<br>　　　　　Petitioner,<br><br>　　　　v.<br><br>**THOMAS MCGINLEY AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>　　　　　Respondent. | **CIVIL ACTION**<br><br><br><br><br>**NO. 19-941** |

# O R D E R

**AND NOW**, this 29th day of March, 2021, upon careful and independent consideration of Shawn Wright's Petition for Writ of Habeas Corpus (Doc. No. 1), Mr. Wright's Memorandum of Law (Doc. No. 5), the Respondents' response in opposition (Doc. No. 32), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is **ORDERED** that:

　　1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**.

　　2. Mr. Wright's Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice by separate Judgment, filed contemporaneously with this Order. See Federal Rule of Civil Procedure 58(a); Rules Governing Section 2254 Cases in the United States District Courts, Rule 12.

　　3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. Case 2:19-cv-00941-WB Document 35-2 Filed 02/19/21 Page 1 of 2 473, 484 (2000); see United States v. Cepero, 224 F.3d 256, 262-63

(3d Cir. 2000), abrogated on other grounds by Gonzalez v. Thaler, 565 U.S. 134 (2012); and

    4. The Clerk of Courts shall mark this file **CLOSED**.

                                          **BY THE COURT:**

                                          **/S/WENDY BEETLESTONE, J.**

                                          _____
                                          **WENDY BEETLESTONE, J.**